COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 March 26, 2015
 No. 10-14-00134-CR
 MICHAEL DAVID FREDRICKSON
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 21[st] District Court
 Burleson County, Texas
 Trial Court No. 14,371
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's judgment signed on February 28, 2014 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk